et al., Appellants. (Appeal No. 6.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 7.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al, Appellants. (Appeal No. 8.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL, art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 9)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 10.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 11.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from